STANZAR, Appellant, vs. STANZAR, Respondent.

For the appellant: *Peter J. Hayes* of Milwaukee.
For the respondent: *Rubin, Zabel & Rouiller* of Milwaukee.

*By the Court.*—Judgment affirmed.

WM. H. DEVOS & COMPANY, INC., Respondent, vs. MILWAUKEE ELECTRIC RAILWAY & LIGHT COMPANY, Appellant.

For the appellant: *Shaw, Muskat & Sullivan,* attorneys, and *John S. Barry,* of counsel, all of Milwaukee.

For the respondent: *McGovern, Lyons, Curtis, Devos & Reiss* of Milwaukee.

*By the Court.*—Judgment affirmed.

SCHMIDT, Administratrix, Respondent, vs. SCHWARZ, Appellant.

For the appellant: *Harry V. Meissner* of Milwaukee.

For the respondent: *Gilbert J. Davelaar,* attorney, and *W. O. Meilahn,* of counsel, both of Milwaukee.

*By the Court.*—Judgment affirmed.